**Abdel ELTAYIB, Plaintiff–Appellant,**

v.

**UNITED STATES COAST GUARD, Defendant–Appellee.**

**No. 02–1261.**

United States Court of Appeals, Federal Circuit.

July 16, 2002.

*ORDER*

On May 20, 2002, the court issued an order indicating that "absent objection received within 21 days of the date of filing of this order, this appeal will be transferred . . .". We have received no objection to the transfer.

Upon consideration thereof,

IT IS ORDERED THAT: